**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BUENO-PAULINO, | : | |
|       Petitioner, | : | |
| | : | |
|    v. | : | Civil No. 2:26-cv-04834-JLS |
| | : | |
| J.L. JAMISON, *et al.*, | : | |
|       Respondents. | : | |

## <u>ORDER</u>

    **AND NOW**, this 16th day of July, 2026, upon review of Respondents' Answer (ECF No. 4) to Petitioner Alvaro Smarlin Bueno-Paulino's Petition for Writ of Habeas Corpus (ECF No. 1), **IT IS HEREBY ORDERED** that a telephone status conference shall be held **<u>tomorrow, July 17, 2026, at 11:45 AM</u>**. Counsel shall dial into the conference at 1-855-244-8681; meeting access code 2308 921 9234.

                          **BY THE COURT:**

                          */s/ Jeffrey L. Schmehl*

                          **JEFFREY L. SCHMEHL**
                          United States District Court Judge